Robert V. Mackey, *Appellant,* v. Civil Service Commission of Kansas City, Kansas, and The City of Kansas City, Kansas, A Municipal Corporation, *Appellees.*

No. 48,380

Opinion filed July 11, 1977.

*Robert W. Hedrick,* of Kansas City, was on the brief for the appellant.

*Donald E. Martin,* city attorney of Kansas City, and *Richard E. Keithley,* assistant city attorney, were on the brief for the appellees.

*Per Curiam:* Reversed with directions.

Albin S. Polonyi, *Appellant,* v. Wilma Polonyi, *Appellee.*

No. 48,460

Opinion filed July 11, 1977.

*Louis A. Silks, Jr.,* of Shawnee Mission, argued the cause and was on the brief for the appellant.

*C. Maxwell Logan,* of Payne & Jones, Chartered, of Olathe, argued the cause, and *Frank Taylor,* of the same firm, was with him on the brief for the appellee.

*Per Curiam:* Reversed and remanded with directions.

Shirley Darlene Buck, *Appellee,* v. Albert Buck, Jr., *Appellant.*

No. 48,491

Opinion filed July 11, 1977.

*Bill R. Cole,* of Weinlood, Cole, Shaffer & Brown, of Hutchinson, argued the cause, and was on the brief for the appellant.

*Dan W. Forker, Jr.,* of Hodge, Reynolds, Smith, Peirce & Forker, of Hutchinson, argued the cause, and *Michael R. O'Neal,* of the same firm was with him on the brief for the appellee.

*Per Curiam:* Affirmed.